## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LOUIS LINER**                                                    **CIVIL ACTION**

**VERSUS**                                                         **NO: 22-3698**

**TERMINIX PEST CONTROL, INC.**                                    **SECTION "H"**

### ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees (Doc. 97).

Accordingly;

**IT IS ORDERED** that the Motion is **REFERRED** to a United States Magistrate Judge for the Eastern District of Louisiana for hearing and submission of a Report and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B).

New Orleans, Louisiana this 25th day of July, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**