UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS LINER** | **CIVIL ACTION** |
| **VERSUS** | **NO:    22-3698 and 22-3701** |
| **TERMINIX PEST CONTROL, INC.** | **SECTION: "H" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Determination of Attorney's Fees and Expert Expenses (Doc. 97) is **GRANTED**, and that the Plaintiffs Louis Liner and Gregg Smith be awarded reasonable attorney's fees in the amount of **$138,101.25** and expert costs **$15,250.00**, for a total of **$153,351.25** to be paid by the Defendant Terminix Pest Control **no later than twenty-one (21) days** following the issuance of this Order.

New Orleans, Louisiana, this 12th day of March 2026.

 

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**